# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2025

## NO. 03-23-00600-CR

**Deondre White, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
MODIFIED, AND AS MODIFIED AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment and sentence as follows: we modify the judgment by replacing the phrase "Judgment of Conviction by Court—Waiver of Jury Trial" with the phrase "Judgment of Conviction by Jury". The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.